# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA SMITH and WILBERT SLAUGHTER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a public entity.<br><br>Defendant, | **CASE NO. CV17-06285 FMO(RAO)**<br>[Assigned to Hon. Fernando M. Olguin<br>Magistrate: Hon, Rozella A. Oliver]<br><br>[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CAUSES OF ACTION AGAINST DEFENDANT CITY OF LOS ANGELES** |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Based upon the foregoing request of Plaintiffs CYNTHIA SMITH and WILBERT SLAUGHTER, and Defendant CITY OF LOS ANGELES, all causes of action against Defendant CITY OF LOS ANGELES, are hereby DISMISSED WITH PREJUDICE.

All parties are to bear their own costs and attorney's fees.

DATED: November 1, 2018

/s/
**HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE**

2